# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

**Application GRANTED.** The initial pretrial conference is **ADJOURNED** to **November 23, 2022, at 4:10 p.m.** The conference will be telephonic and take place on the following line: 888-363-4749; access code: 558-3333.

October 12, 2022

**VIA CM/ECF**

Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

Plaintiff shall file proof of service when he receives the affidavits from the Secretary of State. If he does not receive them by **October 28, 2022**, Plaintiff shall attempt to serve Defendants via FedEx at their places of business, and file proof of service by **November 4, 2022**. So Ordered.

Dated: October 13, 2022
New York, New York

*[Signature]*
**LORNA G. SCHOFIELD**
UNITED STATES DISTRICT JUDGE

    Re:    Velasquez v. Martin Lee Inc., d/b/a East River Cleaners, et al.
            Case 1:22-cv-07116-LGS

Dear Judge Schofield:

    The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for October 26, 2022, at 4:10 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been sent for service through the Secretary of State. At present, we have not received the Affidavits of Service yet. But will promptly file them upon receipt. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

    Thank you for your consideration of this first adjournment request.

    Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com