UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
RICARDO VELASQUEZ,                                            :
                                     Plaintiff,               :
                                                              :         22 Civ. 7116 (LGS)
                -against-                                     :
                                                              :         ORDER
MARTIN LEE INC., et al.,                                      :
                                     Defendants.              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order issued September 15, 2022, directed the parties to submit a joint letter and proposed case management plan prior to the initial pretrial conference. The parties failed to timely submit these materials. An Order issued November 17, 2022, directed them to file the materials by November 30, 2022, in the event the parties were in communication with each other. It further directed Plaintiff to serve Defendants via FedEx at their place of business by November 23, 2022, and file a status letter by November 30, 2022, in the event he was not in communication with Defendants.

    WHEREAS, the parties have not filed the required materials and Plaintiff has not filed the required proof of service or status letter. Defendants have not appeared. It is hereby

    **ORDERED** that Plaintiff shall serve the Defendants via FedEx at their place of business and file proof of service by **December 5, 2022.** Plaintiff shall also file the status letter described in the November 17, 2022, Order by **December 5, 2022**.

Dated: December 1, 2022
       New York, New York

                                                          LORNA G. SCHOFIELD
                                                          UNITED STATES DISTRICT JUDGE