# THE WEITZ LAW FIRM, P.A.

*LORNA G. SCHOFIELD*
UNITED STATES DISTRICT JUDGE

December 1, 2022

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

Application **GRANTED.** The initial conference is **ADJOURNED** to **January 11, 2023, at 4:10 P.M.** The conference will be telephonic and will take place on the following line: 888-363-4749; access code 558-3333. Notwithstanding this adjournment, Plaintiff shall serve Defendants and file proof of service, pursuant to the Order issued December 1, 2022, by **December 5, 2022**. So Ordered.

Dated: December 2, 2022
New York, New York

Re: Velasquez v. Martin Lee Inc., d/b/a East River Cleaners, et al.
Case 1:22-cv-07116-LGS

Dear Judge Schofield:

The undersigned represents the Plaintiff in the above-captioned case matter. Per, [D.E. 19 & D.E. 20], it is ordered that if Plaintiff cannot contact Defendants by November 30, 2022, Plaintiff shall file a status letter (1) requesting further adjournment of the initial conference for up to thirty (30) days and (2) proposing a date prior to the conference to present an Order to Show Cause for default judgment as to Defendant.

The Initial Pretrial Conference in this matter is currently scheduled for December 7, 2022, at 4:10 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter in this matter, though contact has been made to the Defendants. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference, commencing from December 7th to a date most convenient to this Honorable Court.

As to the date to present an Order to Show Cause for default judgment as to Defendant, the Plaintiff proposes 45 days from the next scheduled Initial Pretrial Conference or mid-February 2023.

Thank you for your consideration of this matter and the second adjournment request.

Sincerely,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq. (BW9365)
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com