# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

January 4, 2023

**VIA CM/ECF**
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square - Courtroom 1106
New York, NY 10007

    Re:    Velasquez v. Martin Lee Inc., d/b/a East River Cleaners, et al.
              Case 1:22-cv-07116-LGS

Dear Judge Schofield:

    The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for November 23, 2022, at 4:10 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 15 & D.E. 16]. The undersigned counsel has undertaken additional efforts including follow-up correspondence with a copy of the Summons and Complaint to the subject facility and corporate locations in order to facilitate contact from the Defendants. As such, in order to afford additional time for the Defendants to formally appear and engage in productive subsequent settlement discussions, the undersigned hereby respectfully requests a 30-day adjournment of next week's Conference to a date most convenient to this Honorable Court.

    Thank you for your consideration of this third adjournment request.

              Sincerely,

              By: /S/ B. Bradley Weitz
                  B. Bradley Weitz, Esq. (BW9365)
                  THE WEITZ LAW FIRM, P.A.
                  Attorney for Plaintiff
                  Bank of America Building
                  18305 Biscayne Blvd., Suite 214
                  Aventura, Florida 33160
                  Telephone: (305) 949-7777
                  Facsimile: (305) 704-3877
                  Email: bbw@weitzfirm.com