UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
RICARDO VELASQUEZ,
                              Plaintiff,

                  -against-                        22 Civ. 7116 (LGS)

                                                    ORDER
MARTIN LEE INC., et al.,
                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, an Order issued January 5, 2023, required Plaintiff to serve that Order on Defendants via Federal Express and file proof of service on ECF by January 9, 2023.

        WHEREAS, no such proof of service has been filed. It is hereby

        **ORDERED** that by **January 12, 2023,** Plaintiff shall serve the Order issued January 5, 2023, on Defendants via Federal Express and file proof of service on ECF.

Dated: January 10, 2023
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE