UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICARDO VELASQUEZ,
                            Plaintiff,

-against-                        22 Civ. 7116 (LGS)

MARTIN LEE INC., et al.,            ORDER
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an Order issued January 5, 2023, required Plaintiff to serve that Order on Defendants via Federal Express and file proof of service on ECF by January 9, 2023.

      WHEREAS, an Order issued January 10, 2023, directed Plaintiff to file proof of service of the January 5, 2023, Order on Defendants by January 12, 2023.

      WHEREAS, no such proof of service has been filed.  It is hereby

      **ORDERED** that Plaintiff shall file proof of service on Defendants, via Federal Express, as soon as possible and no later than **January 17, 2023**.

Dated: January 13, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE